John Paul TURNER, Plaintiff— Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE, Defendant—Appellee.

No. 07–6696.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2007.

Decided: July 12, 2007.

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order denying Turner's motion to reconsider a previous order dismissing this

action for failure to comply with a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. United States Dep't of Justice,* No. 7:03–cv–000250–SGW (W.D.Va. April 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*